**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Carlos VAZQUEZ, Defendant–
Appellant.**

**No. 13–10429.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2014.*

Filed July 29, 2014.

Dominique Juliet Park, Special Assistant
U.S., USPX–Office of the U.S. Attorney,
Phoenix, AZ, for Plaintiff–Appellee.

Celia Rumann, Tempe, AZ, for Defendant–Appellant.

Jose Carlos Vasquez, pro se.

Before: GOODWIN, CANBY, and
CALLAHAN, Circuit Judges.

MEMORANDUM ***,

Jose Carlos Vazquez appeals from the
district court's judgment and challenges
the 63–month sentence imposed following
his guilty-plea conviction for reentry of a
removed alien, in violation of 8 U.S.C.
§ 1326. We have jurisdiction under 28
U.S.C. § 1291, and we affirm.

Vazquez contends that the district court
procedurally erred by failing (1) to an-
nounce the Sentencing Guidelines range,
(2) to explain adequately its reasons for
imposing the sentence, and (3) to indicate
that it was not basing the sentence on
Vazquez's rejection of a fast-track plea
offer. We review for plain error, *see Unit-
ed States v. Valencia–Barragan*, 608 F.3d
1103, 1108 (9th Cir.2010), and find none.
The record reflects that the district court
considered Vazquez's sentencing argu-
ments, did not rely on improper sentencing
factors, and imposed a sentence at the
bottom of the undisputed Guidelines range.
Vazquez has not shown a reasonable prob-
ability that, absent the alleged errors, he
would have received a different sentence.
*See United States v. Dallman*, 533 F.3d
755, 762 (9th Cir.2008).

Vazquez also contends that the magis-
trate judge improperly participated in plea
negotiations. The record does not support
this contention. Vazquez's remaining con-
tentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.